UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. C.A. No. 05-58ML

ELITE DESIGNS, INC., and
ANTHONY ANTONELLI, individually
and as an officer of Elite Designs, Inc.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
February 22, 2005

Entered as an Order of this Court on February 23, 2005.

Barbara Barletta
Deputy Clerk

4