**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **C.A. NO. 05-058-S**

**ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATION**
**Defendants**

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as attorneys for defendants, Elite Designs, Inc., a Rhode Island corporation, and Anthony Antonelli, individually and as an officer of the corporation, in the above-entitled action.

Stephen J. Reid, Jr.
Mary Cavanagh Dunn (SJR)

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: March 2, 2005

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2005, I caused the foregoing Entry Of Appearance to be mailed to:

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

Lisa Dinerman, Esq.
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903