UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATION
Defendants

**STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANTS MUST ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

TO THE CLERK OF THE ABOVE NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff, United States Of America, and defendants, Elite Designs, Inc., a Rhode Island corporation, and Anthony Antonelli, individually and as an officer of the corporation, that the time within which defendants must file their Answer or otherwise respond to the Complaint in this action be and hereby is extended through and including Friday, March 18, 2005.

6

United States Of America

By its Attorneys

United States of America

Peter D. Keisler, Jr.
Assistant Attorney General
Civil Division
United States Department of Justice

Eugene M. Thirolf
Director
Office of Consumer Litigation

Amy E. Goldfrank, Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 307-0050
(202) 514-8742 (fax)

Robert Clark Corrente
United States Attorney

Lisa Dinerman, Esq. #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

Elite Designs, Inc., a Rhode Island corporation, and Anthony Antonelli, individually and as an officer of the corporation

By their Attorneys,

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Of Counsel:

Eileen Harrington
Associate Director of Marketing Practices
Federal Trade Commission

Michael J. Davis
Attorney, Federal Trade Commission
600 Pennsylvania Ave, NW, Room 238
Washington, D.C. 20580
(202) 326-2458
(202) 326-3395 (fax)

Dated: March 2, 2005