UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATION
Defendants

## DEFENDANTS' ANSWER TO COMPLAINT

Defendants, Elite Designs, Inc., a Rhode Island corporation, and Anthony Antonelli, in his capacity as an officer of Elite Designs, Inc. (collectively, "Elite Designs"), and Anthony Antonelli, individually ("Antonelli"), hereby answer the allegations contained in the numbered paragraphs of the Complaint against them in this action as follows:

Elite Designs and Antonelli are without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered introductory paragraph in the Complaint and, therefore, deny those allegations.

1. Elite Designs and Antonelli admit that plaintiff has brought this action, purportedly pursuant to Title 15 of the United States Code, seeking to secure civil penalties, consumer redress, a permanent injunction and other equitable relief against them, as alleged in paragraph 1 of the Complaint. Elite Designs and Antonelli deny the alleged violations in paragraph 1 of the Complaint, and further deny that plaintiff is entitled to the relief sought against them, as alleged in paragraph 1 of the Complaint.

7

2. Paragraph 2 of the Complaint states conclusions of law to which no responsive pleading is required.

3. Paragraph 3 of the Complaint states conclusions of law to which no responsive pleading is required.

4. Elite Designs and Antonelli admit that the corporate defendant is a Rhode Island corporation with its principal place of business at 17 Thelma Avenue, North Providence, Rhode Island, but deny the remaining allegations contained in the first sentence of paragraph 4 of the Complaint. Elite Designs and Antonelli admit the allegations contained in the second sentence of paragraph 4 of the Complaint.

5. Elite Designs and Antonelli admit the allegations contained in the first sentence of paragraph 5 of the Complaint, and that Antonelli resides in the District of Rhode Island. Elite Designs and Antonelli deny the remaining allegations contained in paragraph 5 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

6. Elite Designs and Antonelli deny the allegations contained in paragraph 6 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

7. Elite Designs and Antonelli deny the allegations contained in paragraph 7 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the

business thereof have been in his capacity as president of the corporation, not in his individual capacity.

8. Elite Designs and Antonelli deny the allegations contained in paragraph 8 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conducts, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

9. Elite Designs and Antonelli deny the allegations contained in paragraph 9 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

10. Elite Designs and Antonelli deny the allegations contained in paragraph 10 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

11. Elite Designs and Antonelli deny the allegations contained in paragraph 11 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

12. Elite Designs and Antonelli deny the allegations contained in paragraph 12 of the Complaint.

13. Elite Designs and Antonelli deny the allegations contained in paragraph 13 of the Complaint.

14. The first sentence of paragraph 14 of the Complaint states conclusions of law to which no responsive pleading is required. Elite Designs and Antonelli admit the allegations contained in the second sentence of paragraph 14 of the Complaint. Further answering, however, Elite Designs and Antonelli deny that either Elite Designs and/or Antonelli is a franchisor.

15. Paragraph 15 of the Complaint states conclusions of law to which no responsive pleading is required.

16. Paragraph 16 of the Complaint states conclusions of law to which no responsive pleading is required.

**Count I**

17. Elite Designs and Antonelli deny the allegations contained in paragraph 17 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

**Count II**

18. Elite Designs and Antonelli deny the allegations contained in paragraph 18 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

**Count III**

19. Elite Designs and Antonelli deny the allegations contained in paragraph 19 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

**Count IV**

20. Elite Designs and Antonelli deny the allegations contained in paragraph 20 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

**Count V**

21. Paragraph 21 of the Complaint states conclusions of law to which no responsive pleading is required.

22. Paragraph 22 of the Complaint states conclusions of law to which no responsive pleading is required.

23. Paragraph 23 of the Complaint states conclusions of law to which no responsive pleading is required.

24. Paragraph 24 of the Complaint states conclusions of law to which no responsive pleading is required. Further answering, Elite Designs and Antonelli deny that they have violated the law as alleged in paragraph 24 of the Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendant and the business thereof have been in his capacity as president of the corporation, not in his individual capacity.

**Second Defense**

The Complaint fails to state a claim upon which relief can be granted against Elite Designs and, therefore, should be dismissed, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**Third Defense**

The Complaint fails to state a claim upon which relief can be granted against Antonelli and, therefore, should be dismissed, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE**, Elite Designs and Antonelli respectfully request that the Complaint be dismissed, with prejudice, or that judgment be entered in their favor, together with an award of their reasonable attorneys' fees, costs, and expenses incurred in defending against this action.

Elite Designs, Inc., a Rhode Island corporation, and Anthony Antonelli, individually and as an officer of the corporation

By their Attorneys,

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: March 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2005, I caused a copy of the foregoing Defendants' Answer To Complaint to be mailed to:

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

Lisa Dinerman, Esq.
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903