UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff,

v. C.A. No. 05-058-S

ELITE DESIGNS, INC.,
a Rhode Island corporation, and

ANTHONY ANTONELLI, individually
and as an officer of the
corporation,
Defendants.

RECEIVED
AUG 31 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

PLAINTIFF'S MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT

Plaintiff, United States of America, respectfully moves this Court for leave to amend its complaint filed February 14, 2005, to join an additional defendant, pursuant to Rules 20(a) and 21 of the Federal Rules of Civil Procedure.

In support of this motion, Plaintiff herewith files its memorandum of law and a proposed amended complaint and proposed order.

No objection having been filed
the motion is GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
August 31, 2005

Referred to U.S.M.J. _MAM/LF_
☐ for findings & recommendation
☐ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 8/30/05