**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **C.A. NO. 05-058-S**

**ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, THE DESIGNER COLLECTION, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATIONS**
**Defendants**

**DEFENDANTS' ANSWER TO AMENDED COMPLAINT**

Defendants, Elite Designs, Inc., a Rhode Island corporation, The Designer Collection, Inc., a Rhode Island corporation, and Anthony Antonelli, in his capacity as an officer of Elite Designs, Inc. and as an officer of The Designer Collection, Inc. (collectively, the "Corporate Defendants"), and Anthony Antonelli, individually ("Antonelli"), hereby answer the allegations contained in the numbered paragraphs of the Amended Complaint against them in this action as follows:

The Corporate Defendants and Antonelli are without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered introductory paragraph in the Amended Complaint and, therefore, deny those allegations.

1. The Corporate Defendants and Antonelli admit that plaintiff has brought this action, purportedly pursuant to Title 15 of the United States Code, seeking to secure civil penalties, consumer redress, a permanent injunction and other equitable relief against them, as alleged in paragraph 1 of the Amended Complaint. The Corporate

Defendants and Antonelli deny the alleged violations in paragraph 1 of the Amended Complaint, and further deny that plaintiff is entitled to the relief sought against them, as alleged in paragraph 1 of the Amended Complaint.

2. Paragraph 2 of the Amended Complaint states conclusions of law to which no responsive pleading is required.

3. Paragraph 3 of the Amended Complaint states conclusions of law to which no responsive pleading is required.

4. The Corporate Defendants and Antonelli admit that Elite Designs, Inc. is a Rhode Island corporation with its principal place of business at 18 Thelma Avenue, North Providence, Rhode Island, but deny the remaining allegations contained in the first sentence of paragraph 4 of the Amended Complaint. The Corporate Defendants and Antonelli admit the allegations contained in the second sentence of paragraph 4 of the Amended Complaint.

5. The Corporate Defendants and Antonelli admit that The Designer Collection, Inc. is a Rhode Island corporation with its principal place of business at 18 Thelma Avenue, North Providence, Rhode Island, but deny the remaining allegations contained in the first sentence of paragraph 5 of the Amended Complaint. The Corporate Defendants and Antonelli admit the allegations contained in the second sentence of paragraph 5 of the Amended Complaint.

6. The Corporate Defendants and Antonelli admit the allegations contained in the first sentence of paragraph 6 of the Amended Complaint, and that Antonelli resides in the District of Rhode Island. The Corporate Defendants and Antonelli deny the remaining allegations contained in paragraph 6 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in

connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

7. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 7 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

8. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 8 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

9. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 9 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conducts, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

10. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 10 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

11. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 11 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

12. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 12 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

13. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 13 of the Amended Complaint.

14. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 14 of the Amended Complaint.

15. Paragraph 15 of the Amended Complaint states conclusions of law to which no responsive pleading is required. Further answering, The Corporate Defendants and Antonelli deny that either The Corporate Defendants and/or Antonelli is a franchisor.

16. Paragraph 16 of the Amended Complaint states conclusions of law to which no responsive pleading is required.

17. Paragraph 17 of the Amended Complaint states conclusions of law to which no responsive pleading is required.

**Count I**

18. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 18 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

**Count II**

19. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 19 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

**Count III**

20. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 20 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

**Count IV**

21. The Corporate Defendants and Antonelli deny the allegations contained in paragraph 21 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

**Count V**

22. Paragraph 22 of the Amended Complaint states conclusions of law to which no responsive pleading is required.

23. Paragraph 23 of the Amended Complaint states conclusions of law to which no responsive pleading is required.

24. Paragraph 24 of the Amended Complaint states conclusions of law to which no responsive pleading is required.

25. Paragraph 25 of the Amended Complaint states conclusions of law to which no responsive pleading is required. Further answering, The Corporate Defendants and Antonelli deny that they have violated the law as alleged in paragraph 25 of the Amended Complaint. Further answering, Antonelli states that any of his acts, actions, conduct, and/or failures to act in connection with the corporate defendants and the business thereof have been in his capacity as president of the corporations, not in his individual capacity.

**Second Defense**

The Amended Complaint fails to state a claim upon which relief can be granted against Elite Designs, Inc. and, therefore, should be dismissed, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**Third Defense**

The Amended Complaint fails to state a claim upon which relief can be granted against The Designer Collection, Inc. and, therefore, should be dismissed, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**Fourth Defense**

The Amended Complaint fails to state a claim upon which relief can be granted against Anthony Antonelli, individually and/or as an officer of Elite Designs, Inc. and The Designer Collection, Inc., and, therefore, should be dismissed, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE**, the Corporate Defendants and Antonelli respectfully request that the Amended Complaint be dismissed, with prejudice, or that judgment be entered in their favor, together with an award of their reasonable attorneys' fees, costs, and expenses incurred in defending against this action.

Elite Designs, Inc., a Rhode Island corporation, The Designer Collection, Inc., a Rhode Island corporation, and Anthony Antonelli, individually and as an officer of the corporations

By their Attorneys,

Stephen J. Reid, Jr.
Mary C. Dunn

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of September, 2005, I caused a copy of the foregoing Defendants' Answer To Complaint to be mailed to:

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

Lisa Dinerman, Esq.
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

[signature]