UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELITE DESIGNS, INC., a Rhode Island corporation, and

THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and

ANTHONY ANTONELLI, individually and as an officer of the corporations,

Defendants.

C.A. NO. 05-058-S

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE COURT'S LIMITATION ON NUMBER OF EXHIBITS ACCOMPANYING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS ELITE DESIGNS, INC., THE DESIGNER COLLECTION, INC., AND ANTHONY ANTONELLI TO PRODUCE DOCUMENTS AND SUPPLEMENT INCOMPLETE INTERROGATORY ANSWERS**

1. Plaintiff, the United States of America, filed a Motion to Compel Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Anontelli to Produce Documents and Supplement Incomplete Interrogatory Answers ("Motion"), on October 3, 2005.

2. In support of the Motion, plaintiff filed a Memorandum with accompanying exhibits.

3. Plaintiff moves the Court for leave to file exhibits in excess of the Court's limitation

on the number of exhibits that may accompany the Memorandum.

4. Plaintiff moves for leave to exceed the Court's limitation on number of exhibits on the ground that such exhibits are necessary for the Court to obtain a full understanding of the issues. The exhibits consist of the discovery requests and answers, related correspondence, and excerpts of deposition testimony and telephone transcripts shedding light on the issues.

WHEREFORE, plaintiff, the United States of America, respectfully requests that the Court grant plaintiff's motion for leave to exceed the Court's limitation on number of exhibits accompanying plaintiff's motion to compel defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli to produce documents and supplement incomplete interrogatories.

Respectfully submitted,

UNITED STATES OF AMERICA

PETER D. KEISLER, JR.
Assistant Attorney General
Civil Division
United States Department of Justice

EUGENE M. THIROLF, Director
Office of Consumer Litigation

AMY E. GOLDFRANK, Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
202 307-0050
Fax: 202 514-8742

ROBERT CLARKE CORRENTE
United States Attorney

OF COUNSEL:

ALLEN HILE
Acting Associate Director for Marketing Practices
Federal Trade Commission

MICHAEL J. DAVIS
Attorney
Federal Trade Commission
600 Pennsylvania Ave., N.W., Rm. 238
Washington, DC 20580

LISA DINERMAN Bar #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401 709-5000
Fax: 401 709-5017

**CERTIFICATE OF SERVICE**

I hereby certify that the aforementioned "Plaintiff's Motion For Leave to Exceed the Court's Limitation on Number of Exhibits Accompanying Plaintiff's Motion to Compel Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli to Produce Documents and Supplement Incomplete Interrogatory Answers" was sent from the Office of Consumer Litigation, Department of Justice, Washington, D.C. via Federal Express on October 3, 2005, to:

Stephen J. Reid, Jr.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903

Attorney for Defendants Elite Designs, Inc., The Designer Collection, Inc. and Anthony Antonelli

Amy E. Goldfrank