UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, THE DESIGNER COLLECTION, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATIONS
Defendants

**ERRATA TO MEMORANDUM IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL**

| Page | Line | Correction Requested |
| --- | --- | --- |
| Page 1 | 3 | Delete "t he" and insert "the" |
| Page 2 | 14 | Delete "Mary" and insert "May" |

Elite Designs, Inc., a Rhode Island corporation, The Designer Collection, Inc., a Rhode Island Corporation, and Anthony Antonelli, individually and as an officer of the corporation

By their Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: October 18 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2005, I caused a copy of the foregoing Errata To Memorandum In Support Of Defendants' Objection To Plaintiff's Motion To Compel to be mailed to:

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044