UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED OCT 2005 DAVID L. MARTIN, U.S. MAGISTRATE JUDGE U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED OCT 04 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELITE DESIGNS, INC., a Rhode Island corporation, and<br>THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and<br>ANTHONY ANTONELLI, individually and as an officer of the corporations,<br>Defendants. | C.A. NO. 05-058-S |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE COURT'S LIMITATION ON NUMBER OF EXHIBITS ACCOMPANYING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS ELITE DESIGNS, INC., THE DESIGNER COLLECTION, INC., AND ANTHONY ANTONELLI TO PRODUCE DOCUMENTS AND SUPPLEMENT INCOMPLETE INTERROGATORY ANSWERS**

1. Plaintiff, the United States of America, filed a Motion to Compel Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Anontelli to Produce Documents and Supplement Incomplete Interrogatory Answers ("Motion"), on October 3, 2005.

2. In support of the Motion, plaintiff filed a Memorandum with accompanying exhibits.

3. Plaintiff moves the Court for leave to file exhibits in excess of the Court's limitation

GRANTED.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 21, 2005

Referred to U.S.M.J. [illegible]
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 10/19/05