U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | C.A. 05-058S |
| DEFENDANT ELITE DESIGNS, INC., THE DESIGNER COLLECTION, INC. and ANTHONY ANTONELLI | TYPE OF PROCESS SUBPOENA |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: JANET HILL [redacted]

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 18 THELMA AVENUE, NORTH PROVIDENCE, RI 02904

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AMY E. GOLDFRANK, ESQ.
OFFICE OF CONSUMER LITIGATION
U.S. DEPARTMENT OF JUSTICE
1331 PENNSYLVANIA AVE., NW - ROOM 950N
WASHINGTON, DC 20004

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

PLEASE SERVE ON OR BEFORE OCTOBER 28, 2005

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401-709-5000 | 10/7/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | KW | 10.7.05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | |
|---|---|---|
| JANET HILL | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address *(complete only if different than shown above)* | Date of Service | Time |
| 18 THELMA AVE NORTH PROV. R.I | 10/19/05 | 0844 am |
| | Signature of U.S. Marshal or Deputy: C.A Moore | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | [illegible] | [illegible] | | | |

REMARKS:

10/8/05 NOT AT WORK. C.MOORE 1430 HRS. 8 MILES (1) END. 1 HR.

10/19/05 SERVED 0844 HRS 10 MILES (1) END 1 HOUR.

Totals - 2 Endeavors / 18 miles / 1 Dusm / 2 hrs. [signature] Janet Hill 10/19/05

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)