# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

## ***NOTICE RESCHEDULING HEARING***

***UNITED STATES OF AMERICA***

***v.*** ***CA05-58S***

***ELITE DESIGNS, INC., et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE DAVID L. MARTIN***

***TYPE OF PROCEEDING:***

***Plaintiff's Motion to Compel Defendants to Produce Documents and Supplement Incomplete Interrogatory Answers***

***PLACE:*** ***U.S. District Court***
***Courtroom B - Room 260***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***NOVEMBER 10, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: October 26, 2005

**NOTICE SENT TO:** **DINERMAN, DUNN, GOLDFRANK, REID**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.