FILED
OCT 31 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 21 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELITE DESIGNS, INC., a Rhode Island corporation, and<br><br>THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and<br><br>ANTHONY ANTONELLI, individually and as an officer of the corporations,<br><br>Defendants. | ) | C.A. NO. 05-058-S |

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 10/21/05

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE COURT'S LIMITATION ON NUMBER OF EXHIBITS ACCOMPANYING PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND SUPPLEMENT INCOMPLETE INTERROGATORY ANSWERS**

1. Plaintiff, the United States of America, filed a Motion to Compel Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Anontelli to Produce Documents and Supplement Incomplete Interrogatory Answers ("Motion"), on October 3, 2005.

2. Defendants filed an Objection to the government's Motion on October 17, 2005.

3. Plaintiff now files a Reply to defendants' Objection to the government's Motion.

4. Plaintiff moves the Court for leave to file exhibits in excess of the Court's limitation

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
October 24, 2005

SCANNED