UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELITE DESIGNS, INC., a Rhode Island corporation, and<br><br>THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and<br><br>ANTHONY ANTONELLI, individually and as an officer of the corporations,<br><br>Defendants. | C.A. NO. 05-058-S |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE COURT'S LIMITATION ON NUMBER OF EXHIBITS ACCOMPANYING UNITED STATES' MOTION TO COMPEL DEFENDANTS ELITE DESIGNS INC., AND THE DESIGNER COLLECTION, INC., TO PRODUCE DOCUMENTS PURSUANT TO UNITED STATES' SECOND AND THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Plaintiff, the United States of America, now files a Motion to Compel Defendants Elite Designs, Inc., and The Designer Collection, Inc., to Produce Documents Pursuant to United States' Second and Third Requests for Production of Documents ("Motion").

2. Plaintiff moves the Court for leave to file exhibits in excess of the Court's limitation on the number of exhibits that may accompany the Motion.

3. Plaintiff moves for leave to exceed the Court's limitation on number of exhibits on the

ground that such exhibits are necessary for the Court to obtain a full understanding of the issues. The exhibits consist of plaintiff United States' Second and Third Requests for Production of Documents, relevant correspondence, and defendants' response to the United States' Second Request for Production of Documents.

WHEREFORE, plaintiff, the United States of America, respectfully requests that the Court grant Plaintiff's Motion for Leave to Exceed the Court's Limitation on Number of Exhibits Accompanying Plaintiff United States' Motion to Compel Defendants Elite Designs, Inc., and The Designer Collection, Inc., to Produce Documents Pursuant to United States' Second and Third Requests for Production of Documents.

Respectfully submitted,

UNITED STATES OF AMERICA

PETER D. KEISLER, JR.
Assistant Attorney General, Civil Division
United States Department of Justice

EUGENE M. THIROLF, Director
Office of Consumer Litigation

AMY E. GOLDFRANK, Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
202 307-0050
Fax: 202 514-8742

ROBERT CLARKE CORRENTE
United States Attorney

LISA DINERMAN Bar #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401 709-5000
Fax: 401 709-5017

**CERTIFICATE OF SERVICE**

I hereby certify that the aforementioned "Plaintiff's Motion For Leave to Exceed the Court's Limitation on Number of Exhibits Accompanying United States' Motion to Compel Defendants Elite Designs, Inc. and The Designer Collection, Inc., to Produce Documents Pursuant to United States' Second and Third Requests for Production of Documents" was sent via regular mail on November 17, 2005, to:

Stephen J. Reid, Jr.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903

Attorney for Defendants Elite Designs, Inc., The Designer Collection, Inc. and Anthony Antonelli

Amy E. Goldfrank