# EXHIBIT C

**U.S. Department of Justice**
**Office of Consumer Litigation**

**Amy E. Goldfrank**
Phone: 202-307-0050
Fax: 202-514-8742

**Overnight Delivery Address**
1331 Pennsylvania Ave., N.W., Suite 950N
Washington, D.C. 20004

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

October 27, 2005

VIA OVERNIGHT MAIL

Stephen J. Reid, Jr.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903

Re: United States v. Elite Designs, Inc., et al.

Dear Mr. Reid:

The government served the United States' Second Request for Production of Documents From Elite Designs, Inc., and The Designer Collection, Inc. on September 15, 2005. As you are aware, pursuant to Rule 34 of the Federal Rules of Civil Procedure, a written response is due within 30 days after the service of the request.

As of today, more than thirty days following service, we have not received a response to our Second Request for Production of Documents. The government asks that the requested documents be supplied immediately. If defendants do not provide a response by November. 7, 2005, the government will thereafter file a motion with the Court to compel the documents requested.

Sincerely,

Amy E. Goldfrank
Amy E. Goldfrank
Trial Attorney