# EXHIBIT D

BLISH & CAVANAGH LLP
COUNSELLORS AT LAW

November 7, 2005

*Via Facsimile & First Class Mail*

Joseph V. Cavanagh, Jr.
William R. Landry
Edmund L. Alves, Jr.
Stephen J. Reid, Jr.
Karen A. Pelczarski
Scott T. Spear
Kristin E. Rodgers

Stacy L. Kolb
Thomas F. Romano
Mary Cavanagh-Dunn

John H. Blish
Of Counsel

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

RE: *UNITED STATES OF AMERICA vs. ELITE DESIGNS, INC., et al.*
*C.A. No. 05-058-S*

Dear Ms. Goldfrank:

Enclosed herewith in the above-referenced matter please find the Response Of Defendants Elite Designs, Inc. And The Designer Collection, Inc. To United States' Second Request For Production Of Documents.

Very truly yours,

Stephen J. Reid, Jr.

Enclosure
cc: Lisa Dinerman, Esq. (w/enclosure)
Anthony R. Antonelli, President (w/enclosure)

Commerce Center · 30 Exchange Terrace · Providence, Rhode Island 02903-1765 · Tel (401) 831-8900 · Fax (401) 751-7542
www.blishcavlaw.com · Tax ID# 050421848

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, THE DESIGNER COLLECTION, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATIONS
Defendants

**RESPONSE OF DEFENDANTS ELITE DESIGNS, INC. AND THE DESIGNER COLLECTION, INC. TO UNITED STATES' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Elite Designs, Inc. and The Designer Collection, Inc. (the "Corporate Defendants") object to the United States' Second Request For Production Of Documents directed to them to the extent that the documents and/or information sought are protected by the attorney-client privilege and/or the work product privilege. Without waiving but specifically preserving and incorporating these preliminary objections in their Response to the individual Request, the Corporate Defendants hereby respond to the Second Request For Production Of Documents as follows:

Request No. 31: All documents that relate to payments you sent to or received from Diane Thompson; Joseph Marano; Joseph Morano; Joseph Marono; Madeline Wagner; Desiree Nieves; Patty Oliver; Michael Allen; John Timblin; Debbie Miller; Janine Williams; Kim Rustford; Cleo Christofferson and John Baker. These records include but are not limited to copies of checks, returned checks, ledger entries,

invoices, billing records, or other documentation of amounts presented for payment by these individuals.

**Response:** To the extent that either or both of the Corporate Defendants are in possession of any of the requested documents with respect to any of the named individuals, those documents will be copied and produced.

Elite Designs, Inc. and The
Designer Collection, Inc.

By their Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: November 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2005, I caused a copy of the foregoing Response Of Defendants Elite Designs, Inc. And The Designer Collection, Inc. To Plaintiff's Second Request For Production Of Documents to be mailed to:

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903