UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELITE DESIGNS, INC., a Rhode Island corporation, and

THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and

ANTHONY ANTONELLI, individually and as an officer of the corporations,

Defendants.

C.A. NO. 05-058-S

U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
NOV 1 2005
RECEIVED

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE COURT'S LIMITATION ON NUMBER OF EXHIBITS ACCOMPANYING UNITED STATES' MOTION TO COMPEL DEFENDANTS ELITE DESIGNS INC., AND THE DESIGNER COLLECTION, INC., TO PRODUCE DOCUMENTS PURSUANT TO UNITED STATES' SECOND AND THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Plaintiff, the United States of America, now files a Motion to Compel Defendants Elite Designs, Inc., and The Designer Collection, Inc., to Produce Documents Pursuant to United States' Second and Third Requests for Production of Documents ("Motion").

2. Plaintiff moves the Court for leave to file exhibits in excess of the Court's limitation on the number of exhibits that may accompany the Motion.

3. Plaintiff moves for leave to exceed the Court's limitation on number of exhibits on the

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☐ for determination
☐ ______
William E. Smith, U.S. District Judge
Date: 11/17/05

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
November 21, 2005