UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, THE DESIGNER COLLECTION, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATIONS
Defendants

# DEFENDANTS' MOTION TO EXTEND DISCOVERY CLOSURE DATE AND RELATED DATES SET FORTH IN PRETRIAL ORDER

Defendants, Elite Designs, Inc., a Rhode Island Corporation, The Designer Collection, Inc., a Rhode Island Corporation, and Anthony Antonelli, Individually and as an Officer of the Corporations, hereby move the Court for the issuance of an Order extending the discovery closure date in this action for a period of ninety (90) days and extending all other dates set forth in the Pretrial Order accordingly.

In support of their Motion, defendants state the following:

1. On May 20, 2005, the Court issued its Pretrial Order in this matter, providing, inter alia, that "[a]ll factual discovery will be closed by January 17, 2006."

2. On or about September 2, 2005, an Amended Complaint For Civil Penalties, Consumer Redress, Permanent Injunction And Other Equitable Relief was filed and served on counsel for defendants.

3. On September 21, 2005, a mandatory settlement conference was conducted by Magistrate Judge Lovegreen. That conference did not result in a settlement of the matter.[1]

4. Counsel for the respective parties have been engaged in fact discovery, which has included the noticing of a number of depositions (in Providence, Rhode Island; Denver, Colorado; Columbus, Ohio; Boston, Massachusetts; and Portland, Maine). Certain of those depositions have been taken, while others have been postponed and either have been rescheduled or must be rescheduled. Additional depositions, outside of Rhode Island, will be scheduled. While counsel for the parties have attempted to either schedule and/or reschedule depositions on mutually convenient dates, their respective schedules are such that the depositions can not be completed by the present discovery closure date. In addition, written discovery and document requests and production are ongoing.

5. Counsel for defendants believes that all necessary discovery should be able to be completed in a reasonable and orderly fashion by not later than April 17, 2006.

6. Counsel for defendants has requested on two occasions that counsel for the Government join in the filing of this Motion, but counsel for the Government has refused to do so.

---

[1] Prior to the settlement conference, at the urging of counsel for defendants, counsel for the Government drafted a proposed Stipulated Judgment And Order For Permanent Injunction, which included all of the non-economic terms upon which the Government would be willing to settle the matter, leaving the economic terms blank. As counsel for the Government was advised, those non-economic settlement terms were substantially acceptable to defendants.

**WHEREFORE**, defendants respectfully request that their Motion To Extend Discovery Closure Date And Related Dates Set Forth In Pretrial Order be granted.

Elite Designs, Inc., a Rhode Island corporation, The Designer Collection, Inc., a Rhode Island corporation, and Anthony Antonelli, individually and as an officer of the corporations

By their Attorneys,

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: December 5, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December, 2005, I caused a copy of the foregoing Defendants' Motion To Extend Discovery Closure Date And Related Dates Set Forth In Pretrial Order be mailed to:

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

Lisa Dinerman, Esq.
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903