RECEIVED
DEC 07 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, THE DESIGNER COLLECTION, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATIONS
Defendants

**STIPULATION**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff, United States of America, and defendants Elite Designs, Inc. and The Designer Collection, Inc. that in connection with Plaintiff United States' Motion To Compel Defendants Elite Designs, Inc. And The Designer Collection, Inc. To Produce Documents Pursuant To United States' Second And Third Requests For Production Of Documents the following may enter as an Order of the Court:

1. Elite Designs, Inc. and The Designer Collection, Inc. shall produce documents, on or before December 16, 2005, responsive to Request No. 31; and

2. Elite Designs, Inc. and The Designer Collection, Inc. shall produce documents, on or before December 16, 2005, responsive to Request No. 32.

United States of America

Peter D. Keisler, Jr.
Assistant Attorney General
Civil Division
Department of Justice

Eugene M. Thirolf
Director
Office of Consumer Litigation

Amy E. Goldfrank (SJR)

Amy E. Goldfrank
Trial Attorney
Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
(202) 307-0050
(202) 514-8742 (fax)

Robert Clark Corrente
United States Attorney

Lisa Dinerman #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

Of Counsel:

Allen Hile
Acting Associate Director of Marketing Practices
Federal Trade Commission

Michael J. Davis
Attorney, Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 238
Washington, D.C. 20580

Dated: December 7, 2005

Elite Designs, Inc. and The Designer, Collection, Inc.

By their Attorneys,

Stephen J. Reid, Jr.

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 831-8900 (fax)

ENTER:

Smith, J.
United States District Judge

PER ORDER:

Clerk