UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELITE DESIGNS, INC., a Rhode Island corporation, and<br><br>THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and<br><br>ANTHONY ANTONELLI, individually and as an officer of the corporations,<br><br>Defendants. | C.A. NO. 05-058-S |

**PLAINTIFF UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO EXTEND DISCOVERY CLOSURE DATE AND RELATED DATES SET FORTH IN PRETRIAL ORDER**

While scheduling difficulties between counsel have prevented the government from taking all of the depositions originally noticed, the government believes it still would be prepared to file a summary judgment motion by the original deadline of January 17, 2005. However, given that defendants are seeking an extension of discovery closure date, in part, to further pursue settlement negotiations, Plaintiff, the United States of America, does not object to Defendants' Motion to Extend Discovery Closure Date and Related Dates Set Forth in Pretrial Order. The United States remains interested in pursuing a Consent Decree that would resolve this case.

Respectfully submitted,

UNITED STATES OF AMERICA

PETER D. KEISLER, JR.
Assistant Attorney General
Civil Division
United States Department of Justice

EUGENE M. THIROLF, Director
Office of Consumer Litigation

AMY E. GOLDFRANK, Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
202 307-0050
Fax: 202 514-8742

ROBERT CLARKE CORRENTE
United States Attorney

LISA DINERMAN Bar #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401 709-5000

OF COUNSEL:

ALLEN HILE
Acting Associate Director for Marketing Practices
Federal Trade Commission

MICHAEL J. DAVIS
Attorney
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580

**CERTIFICATE OF SERVICE**

I hereby certify that the aforementioned "Plaintiff United States' Response to Defendants' Motion to Extend Discovery Closure Date and Related Dates Set Forth in Pretrial Order" was sent via overnight mail on December 14, 2005, to:

Stephen J. Reid, Jr.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903

Attorney for Defendants Elite Designs, Inc., The Designer Collection, Inc. and Anthony Antonelli

Amy E. Goldfrank