UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, THE DESIGNER COLLECTION, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATIONS
Defendants

## MOTION TO WITHDRAW AS ATTORNEYS FOR ALL DEFENDANTS

We, Stephen J. Reid, Jr. and Mary Cavanagh Dunn, attorneys of record for defendants, Elite Designs, Inc., a Rhode Island Corporation, The Designer Collection, Inc., a Rhode Island Corporation, and Anthony Antonelli, Individually and as an Officer of the Corporations, pursuant to Local Rule 206(e)(2), hereby move the Court for the Entry of an Order allowing us to withdraw our appearances as attorneys for all defendants in this action.

The grounds for this Motion are that there has been an irretrievable breakdown of the attorney-client relationship which culminated in a telephone conversation between Anthony Antonelli and Mr. Reid on Monday, February 6, 2006, wherein Mr. Antonelli informed Mr. Reid that he no longer wanted Mr. Reid or his law firm to represent him or the corporate defendants (of which he is President) in this action. On Tuesday, February 7, 2006, Mr. Reid mailed a letter to Mr. Antonelli confirming their telephone conversation on February 6, 2006, a copy of which letter is attached hereto as Exhibit "A". As of the date of this Motion, Mr. Antonelli has not provided either of us

with any information regarding the attorney who will succeed us as counsel for defendants in this action.

We hereby certify as follows:

1. That copies of this Motion and accompanying Affidavit required by Local Rule 206(e)(2)(A) have been sent by both regular mail, postage prepaid, and by certified mail, return receipt requested, to each of the three (3) defendants at 17 Thelma Avenue, North Providence, Rhode Island 02904; and

2. That, as set forth in this certification, each of the three (3) defendants is hereby advised that it and/or he may object to this Motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in the case.

The address for each of the three (3) defendants to which copies of this Motion and accompanying Affidavit have been mailed is the same address to which we have mailed all communications to all three (3) defendants in the course of our representation of them in this matter: 17 Thelma Avenue, North Providence, Rhode Island 02904. Therefore, we believe that each of the three (3) defendants will receive copies of this Motion and accompanying Affidavit as mailed to that address.

As of the date of this Motion, there are no motions pending in this matter. On Thursday, February 9, 2006, we received from counsel for plaintiff, United States of America, Notices Of Deposition as follows:

a. John Centracchio
February 22, 2006
Providence, Rhode Island

b. Debbie Miller Rich
February 24, 2006
Dallas, Texas

c. Jonathan C. Neff
March 2, 2006
Tulsa, Oklahoma

On December 15, 2005, the Court granted Defendants' Motion To Extend Discovery Closure Date And Related Dates Set Forth In Pretrial Order, pursuant to which the discovery closure date was extended for ninety (90) days from January 17, 2006 to April 17, 2006. All other dates set forth in the Pretrial Order , including placement of the case on the trial calendar, were extended accordingly.

**WHEREFORE,** Stephen J. Reid, Jr. and Mary Cavanagh Dunn respectfully request that their Motion To Withdraw As Attorneys For All Defendants be granted.

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: February 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2006, I caused a true copy of the foregoing Motion To Withdraw As Attorneys For All Defendants to be sent as follows:

*Via Federal Express*

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue
Washington, D.C. 20004

***Via First Class Mail***

Robin E. Feder, Esq.
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

***Via Certified Mail, Return Receipt Requested and First Class Mail, Postage Prepaid***

Anthony R. Antonelli
17 Thelma Avenue
North Providence, RI 02904

Anthony R. Antonelli, President
Elite Designs, Inc.
17 Thelma Avenue
North Providence, RI 02904

Anthony R. Antonelli, President
The Designer Collection, Inc.
17 Thelma Avenue
North Providence, RI 02904