UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. C.A. NO. 05-058-S

ELITE DESIGNS, INC., A RHODE ISLAND CORPORATION, THE DESIGNER COLLECTION, INC., A RHODE ISLAND CORPORATION, AND ANTHONY ANTONELLI, INDIVIDUALLY AND AS AN OFFICER OF THE CORPORATIONS
Defendants

## AFFIDAVIT

I, Stephen J. Reid, Jr., attorney for defendants in the above-entitled action, hereby make Affidavit as follows in accordance with Local Rule 206(e)(2)(A):

To my knowledge, Anthony R. Antonelli is not in the military service of the United States as defined in the Soldiers' And Sailors' Relief Act, as amended.

Signed under the pains and penalties of perjury this 10th day of February, 2006.

Stephen J. Reid, Jr.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

February 10, 2006

Then personally appeared before me the above-named Stephen J. Reid, Jr. and swore that the statements contained in the foregoing Affidavit are true and accurate.

Notary Public
My Commission Expires: 9/21/09

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2006, I caused a true copy of the foregoing Affidavit to be sent as follows:

***Via Federal Express***

Amy E. Goldfrank, Esq.
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue
Washington, D.C. 20004

***Via First Class Mail***

Robin E. Feder, Esq.
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

***Via Certified Mail, Return Receipt Requested and First Class Mail, Postage Prepaid***

Anthony R. Antonelli
17 Thelma Avenue
North Providence, RI 02904

Anthony R. Antonelli, President
Elite Designs, Inc.
17 Thelma Avenue
North Providence, RI 02904

Anthony R. Antonelli, President
The Designer Collection, Inc.
17 Thelma Avenue
North Providence, RI 02904