UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELITE DESIGNS, INC., a Rhode Island corporation, and<br><br>THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and<br><br>ANTHONY ANTONELLI, individually and as an officer of the corporations,<br><br>Defendants. | C.A. NO. 05-058-S |

## PLAINTIFF UNITED STATES' RESPONSE TO MOTION TO WITHDRAW AS ATTORNEYS FOR ALL DEFENDANTS

Plaintiff the United States does not object to the Motion to Withdraw As Attorneys For All Defendants pending before the Court. The United States notes, however, that a corporation must be represented by counsel in the federal courts.[1] "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993); See also, In re Victor Publishers, Inc., 545 F.2d 285, 286 (1st Cir. 1976). The United States also notes that it already has served subpoenas and scheduled the depositions of Debbie Miller Rich and Jonathan

[1] See Local Rule 205(a)(3).

C. Neff, for February 24, 2006, and March 2, 2006, respectively.[2]

WHEREFORE, plaintiff, the United States, respectfully requests in the interests of efficiency that corporate defendants Elite Designs, Inc., and The Designer Collection, Inc., be directed to find new counsel without delay. Plaintiff, the United States, also respectfully requests that any suspension in the taking of depositions caused by the transition of counsel not prejudice the government's ability to complete its discovery by the April 17, 2006, discovery cut-off date.

Respectfully submitted,

UNITED STATES OF AMERICA

PETER D. KEISLER, JR.
Assistant Attorney General
Civil Division
United States Department of Justice

EUGENE M. THIROLF, Director
Office of Consumer Litigation

Amy E Goldfrank by REF, AUSA
AMY E. GOLDFRANK, Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
202 307-0050
Fax: 202 514-8742

[2] On February 8, 2006, the government sent Attorney Stephen J. Reid, Jr., a subpoena and notice of deposition for John Centracchio, whom defendants identified as the vice-president of Elite Designs, Inc., in their disclosures pursuant to Fed. R. Civ. P. 26(a). Mr. Centracchio's deposition was scheduled for February 22, 2006. Attorney Reid notified the government via a letter dated February 9, 2006, that he was not in a position to accept service of the subpoena on behalf of Mr. Centracchio.

ROBERT CLARK CORRENTE
United States Attorney

ROBIN FEDER, Bar # 3415
Assistant United Sates Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401 709-5055

OF COUNSEL:

ALLEN HILE
Acting Associate Director for Marketing Practices
Federal Trade Commission

MICHAEL J. DAVIS
Attorney
Federal Trade Commission
600 Pennsylvania Ave., N.W., Rm. 238
Washington, DC 20580

**CERTIFICATE OF SERVICE**

I hereby certify that the aforementioned "Plaintiff United States' Response To Motion to Withdraw As Attorneys For All Defendants" was sent via Federal Express on February 15, 2006, to:

Stephen J. Reid, Jr.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903

Attorney for Defendants Elite Designs, Inc., The Designer Collection, Inc. and Anthony Antonelli

Amy E. Goldfrank