UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 05-58S |
| | : | |
| ELITE DESIGNS, INC., et al. | : | |

**MEMORANDUM AND ORDER**

Before the Court for determination is the Motion to Withdraw as Attorneys for All Defendants (Document No. 36) filed by Attorneys Stephen J. Reid, Jr. and Mary Cavanagh Dunn. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). A hearing was held on February 22, 2006. For the reasons discussed below, the Motion to Withdraw is GRANTED.

The Motion complies with the requirements of this Court's Local Rules (LR Gen. 206(e)(2)) and indicates that Defendant Anthony Antonelli has advised counsel that he no longer wishes Attorney Reid or his law firm to represent him or the corporate defendants in this case. Mr. Antonelli is the President of both Elite Designs, Inc. and The Designer Collection, Inc. Mr. Antonelli and the corporate defendants were served with the Motion to Withdraw by Certified Mail and Attorney Reid represented that all three return receipts were signed by Mr. Antonelli. Further, this Court served the notice of today's hearing on Mr. Antonelli by Certified Mail and received a return receipt signed by Mary Hunt. Attorney Reid represented that Ms. Hunt was employed by Mr. Antonelli's companies. Further, Attorney Reid also represented that he advised Mr. Antonelli about the hearing and spoke to him about the identity of successor counsel. Despite this ample notice, Mr. Antonelli did not appear at today's hearing, and successor counsel has not entered an appearance on his behalf or on behalf of the corporate defendants.

For the foregoing reasons, the Motion to Withdraw (Document No. 36) is GRANTED. Defendants are ORDERED to engage successor counsel and have such counsel enter an appearance on their behalf within fourteen (14) days of the date of this ORDER. If no such entry of appearance is received, Mr. Antonelli will be deemed to have appeared pro se, i.e., on his own behalf, in this matter, pursuant to Local Rule Gen. 205. However, since a corporation cannot appear pro se in this Court, see Local Rule Gen. 205(a)(3), Defendants Elite Designs, Inc. and The Designer Collection, Inc. will be subject to default if successor counsel fails to enter an appearance on their behalf as ORDERED herein.

LINCOLN D. ALMOND
United States Magistrate Judge
February 22, 2006