UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 05-58S |
| | : | |
| ELITE DESIGNS, INC., et al. | : | |

**ORDER TO SHOW CAUSE**

By ORDER dated February 22, 2006, this Court GRANTED the Motion of Attorneys Stephen J. Reid, Jr. and Mary Cavanagh Dunn, to withdraw as attorney for Defendants Mr. Anthony Antonelli, The Designer Collection, Inc. ("Designer") and Elite Designs, Inc. ("Elite"), and ORDERED Designer and Elite to engage successor counsel and have such counsel enter an appearance on their behalf within fourteen (14) days of the date of the ORDER. Designer and Elite were warned that default may enter against them on Plaintiff's claims in this case if they did not comply. Pursuant to the February 22, 2006 ORDER, Mr. Antonelli was deemed to have appeared *pro se*, i.e., on his own behalf. A copy of the ORDER was mailed by the Court to Designer's and Elite's President, Mr. Antonelli, and he was verbally advised of the ORDER by my Clerk. Also, Attorney Reid was directed by the Court to advise Mr. Antonelli of the requirements of the ORDER, and he represented that he would do so. To date, successor counsel has not entered an appearance on Designer's or Elite's behalf.

Accordingly, Mr. Antonelli is ORDERED to appear before this Court in Courtroom A, United States District Court, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island on the **30th day of March, 2006 at 10:00 a.m.** to show cause why default should not enter against Designer and Elite for failure to comply with this Court's February 22, 2006 ORDER.

If counsel appears on Designer's and Elite's behalf prior to March 30, 2006, this ORDER will be moot and the Show Cause Hearing canceled.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
March 10, 2006