**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 05-058S |
| ELITE DESIGNS, INC., *et al.* | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Jeffrey K. Techentin, hereby enter my appearance on behalf of Defendants, Elite Designs, Inc., Anthony Antonelli, and The Designer Collection, Inc., with regard to the above-entitled case.

Elite Designs, Inc., Anthony Antonelli, and The Designer Collection, Inc.

By their attorneys,

JEFFREY K. TECHENTIN (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: March 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14 day of March, 2006, a copy of the within Entry of Appearance was mailed to the following:

**Amy E. Goldfrank, Esq.**
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20044

**Robin E. Feder, Esq.**
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

**Lisa Dinerman, Esq.**
Rhode Island Supreme Court
250 Benefit Street
8th Floor
Providence, RI 02903

[signature]

*375142_1.doc*