UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 05-58S |
| | : | |
| ELITE DESIGNS, INC., et al. | : | |

**ORDER**

In view of the entry of appearance of successor counsel for Defendants on March 14, 2006, the Show Cause hearing scheduled for March 30, 2006 is canceled.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
March 28, 2006