**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELITE DESIGNS, INC., *et al.*

Defendants.

Case No. 05-058S

FILED MAR 29 2006

**UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD**

Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli, individually and as an officer of the corporations (collectively, "Defendants") hereby move for an Order enlarging the discovery period in this action by approximately six weeks, that is until May 31, 2006, and re-setting related pretrial deadlines accordingly.

In support of their motion, Defendants state as follows:

1. On May 20, 2005, this Court entered a scheduling order in this matter establishing the cutoff for fact discovery as January 17, 2006.

2. On December 19, 2005, this Court granted Defendants' Motion for Extension of Time to Complete Discovery, and extended the discovery cutoff to April 17, 2006.

3. On February 22, 2006, this Court granted the Motion to Withdraw as Attorney of Defendants' counsel.

4. On March 14, 2006, the undersigned counsel entered their appearance on behalf of Defendants.

5. Defendants, through their newly-designated counsel, respectfully request a short enlargement of the discovery period in light of the new counsel's recent appearance in this case.

6. Defendants therefore request an enlargement of approximately six weeks, through May 31, 2006, which counsel for Defendants believes to be sufficient to complete all necessary

GRANTED
WEM
William E. Smith
U.S. District Judge 3/28/06

discovery in an orderly fashion.

7. Counsel for Defendants have consulted with counsel for the United States of America, which, given the aforementioned circumstances, will not oppose this motion.

WHEREFORE, Defendants respectfully request that their Motion for Enlargement of Discovery Period be granted.

Respectfully submitted,

Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli
By their attorneys,

JEFFREY K. TECHENTIN (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: March 22, 2006