U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-058S |
| DEFENDANT ELITE DESIGNS, INC., THE DESIGNER COLLECTION, INC., and ANTHONY ANTONELLI | TYPE OF PROCESS SUBPOENA |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOHN CENTRACCHIO

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
9 AMELIA COURT, NORTH PROVIDENCE, RI 02904

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AMY E. GOLDFRANK
OFFICE OF CONSUMER LITIGATION, DOJ
1331 PENNSYLVANIA AVE., NW ROOM 950N
WASHINGTON, DC 20004

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

SUBPOENA TO BE SERVED BEFORE APRIL 11, 2006. JOHN CENTRACCHIO CAN BE SERVED EITHER AT HIS HOME, 9 AMELIA COURT, NORTH PROVIDENCE, RI OR AT WORK, 18 THELMA AVENUE, NORTH PROVIDENCE, RI.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Amy E. Goldfrank by [signature] AUSA | ☒ PLAINTIFF ☐ DEFENDANT | 202-307-0050 | 3/22/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kawa | 3/22/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below. (Dokay)

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)* (Disregard)

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| JOHN CENTRACCHIO | |

| Address *(complete only if different than shown above)* | Date of Service | Time |
|---|---|---|
| ~~3/28/06 DOESN'T LIVE AT 9 AMELIA CT. N PROV C MOORE 27 MILES~~ 310 BOURNE AVE BUILDING 7S 3 SONS GOLF E. PROV. R.I. 02916 401 438-1842 | 4/6/06 | 1400 pm |

Signature of U.S. Marshal or Deputy: C.A Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $225.00 | ~~$22.~~ | ~~$22~~ | $247.25 | | | |

REMARKS:
3/28/06 DOESN'T LIVE AT (9 AMELIA CT.) N. PROV. C MOORE 0700 HRS (1 DEP) 1 HR 14 MILES
3/28/06 TALKED W/ ANTHONY ANTONELLI "STATES HE DOESN'T WORK HERE SINCE OCT 05" (1 DEP) 1 HR (12 MILES) C MOORE 1422 HRS (18 THELMA ST. N. PROV R.I.)
NO ANSWER 4/4/06 1817 4 HOMES 1 DEP 1 HR (12 MILES) 4/6/06

**PRIOR EDITIONS MAY BE USED** **1. CLERK OF THE COURT** **FORM USM-285 (Rev. 12/15/80)**

SERVED IN HAND 4/6/06 1400 HRS C.MOORE
ATTEMP @ 4 HOMES ... 22.25

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

United States of America

V.

Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-058-S

TO: John Centracchio
18 Thelma Avenue
North Providence, RI 02904

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 | 4/11/06 at 9:00am |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents in your personal possession related to defendants Elite Designs, Inc., The Designer Collection, Inc. and Anthony Antonelli

| PLACE | DATE AND TIME |
|---|---|
| U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 | 4/11/06 at 9:00am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Amy E. Goldfrank, Attorney, Plaintiff USA | March 21, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Amy E. Goldfrank, Office of Consumer Litigation, Department of Justice, 1331 Pennsylvania, Ave, NW, Room 950N, Washington, DC 20004, (202) 307-0050

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 4/6/06 | 2 EXCHANGE TERRACE PROV. R.I |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| CLIFTON A MOORE JR | | DUSM |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 4/6/06
DATE

C.A Moore
SIGNATURE OF SERVER

2 EXCHANGE TERRACE PROV. R.I
ADDRESS OF SERVER