**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 13 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELITE DESIGNS, INC., *et al.*

Defendants.

Case No. 05-058S

**STIPULATION**

Plaintiff and Defendants hereby stipulate and agree that Defendants may have until Friday, July 7, 2006 to respond to Plaintiff's *Motion for Summary Judgment*.

For Defendants:

Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: 6/13/06

For Plaintiff:

Peter D. Keisler, Jr.
Assistant Attorney General
Civil Division
U.S. DEPARTMENT OF JUSTICE

Amy E. Goldfrank, Esq.
U.S. DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
1331 Pennsylvania Avenue NW
Suite 950N
Washington, DC 20004
Tel: (202) 307-0050
Fax: (202) 514-8742
Dated: 6/12/06

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 6/22/06

Robert Clark Corrente
United States Attorney

Robin E. Feder
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401 709-5000
Fax: 401 709-5017