**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE DESIGNS, INC., *et al.*<br><br>Defendants. | Case No. 05-058S |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli (collectively, "Defendants"), by and through their undersigned counsel, hereby move for enlargement of the time for Defendants to respond to the *Motion for Summary Judgment* filed by the Plaintiff United States of America. Defendants respectfully request through and until July 14, 2006, to respond thereto. This enlargement is necessary because of the settlement negotiations currently underway among the parties. The Plaintiff does not oppose this motion.

Respectfully submitted,

Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli
By their attorneys,

JEFFREY K. TECHENTIN (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: July 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July, 2006, a copy of the within Unopposed Motion for Enlargement of Time was mailed to the following:

**Amy E. Goldfrank, Esq.**
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20004

**Robin E. Feder, Esq.**
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

*386600_1*