COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 05-058S |
| ELITE DESIGNS, INC., *et al.* | |
| Defendants. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli (collectively, "Defendants"), by and through their undersigned counsel, hereby move for enlargement of the time for Defendants to respond to the *Motion for Summary Judgment* filed by the Plaintiff United States of America. Defendants respectfully request through and until July 14, 2006, to respond thereto. This enlargement is necessary because of the settlement negotiations currently underway among the parties. The Plaintiff does not oppose this motion.

Respectfully submitted,

Elite Designs, Inc., The Designer Collection, Inc.,
and Anthony Antonelli
By their attorneys,

JEFFREY K. TECHENTIN (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: July 6, 2006

GRANTED
William E. Smith
U.S. District Judge
7/7/06