**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 05-058S |
| ELITE DESIGNS, INC., *et al.* | : |
| Defendants. | : |

**OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli (collectively, "Defendants"), by and through their undersigned counsel, hereby object to the Plaintiff's Motion for Summary Judgment. The grounds for this objection are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

Elite Designs, Inc., The Designer Collection, Inc.,
and Anthony Antonelli
By their attorneys,

JEFFREY K. TECHENTIN (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: July 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2006, a copy of the within Objection to Plaintiff's Motion for Summary Judgment was mailed to the following:

**Amy E. Goldfrank, Esq.**
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20004

**Robin E. Feder, Esq.**
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ [signature]

*387319_1*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ELITE DESIGNS, INC., *et al.*<br>Defendants. | Case No. 05-058S |

**MEMORANDUM OF LAW IN SUPPORT OF**
**OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this Memorandum of Law in support of their Objection to the Plaintiff's Motion for Summary Judgment.

As explained in the contemporaneously-filed Motion to Strike Plaintiff's Motion for Summary Judgment and Statement of Undisputed Facts and the associated Memorandum of Law, the arguments in which are hereby incorporated herein, the Plaintiff's motion for summary judgment was filed in violation of the applicable Scheduling Order and should therefore be stricken or denied.

However, should the Court deny the Defendants' motion to strike in its entirety, excuse the Plaintiff's noncompliance with the Scheduling Order, and deem the Plaintiff's Motion for Summary Judgment to be properly filed, Defendants request that the Court permit the Defendants 20 days to respond from the date of such order to permit the Defendants to respond to the merits of the Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Elite Designs, Inc., The Designer Collection, Inc.,
and Anthony Antonelli
By their attorneys,

JEFFREY K. TECHENTIN (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: July 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2006, a copy of the within Memorandum of Law in Support of Objection to Plaintiff's Motion for Summary Judgment was mailed to the following:

**Amy E. Goldfrank, Esq.**
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20004

**Robin E. Feder, Esq.**
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

*387318_1*