UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELITE DESIGNS, INC., a Rhode Island corporation, and<br><br>THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and<br><br>ANTHONY ANTONELLI, individually and as an officer of the corporations,<br><br>Defendants. | C.A. NO. 05-058-S |

**PLAINTIFF UNITED STATES' OBJECTION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED FACTS OR IN THE ALTERNATIVE TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO COMPLY WITH SCHEDULING ORDER**

Plaintiff, United States, hereby objects to Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment and Statement of Undisputed Facts or in the Alternative to Deny Plaintiff's Motion for Summary Judgment for Failure to Comply with Scheduling Order. The grounds for this objection are set forth in the accompanying Memorandum of Law.

54

Respectfully submitted,

UNITED STATES OF AMERICA

PETER D. KEISLER, JR.
Assistant Attorney General
Civil Division
U.S. Department of Justice

EUGENE M. THIROLF
Director, Office of Consumer Litigation

AMY E. GOLDFRANK
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
202 307-0050
Fax: 202 514-8742

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401 709-5000
Fax: 401 709-5017

OF COUNSEL:

LOIS GREISMAN
Associate Director for Marketing Practices
Federal Trade Commission

MICHAEL J. DAVIS
Attorney
Federal Trade Commission

CERTIFICATE OF SERVICE

I hereby certify that the aforementioned "Plaintiff United States' Objection to Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment and Statement of Undisputed Facts or in the Alternative to Deny Plaintiff's Motion for Summary Judgment for Failure to Comply With Scheduling Order" was sent from the Office of Consumer Litigation, Department of Justice, Washington, D.C. via Federal Express on July 21, 2006, to:

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Attorney for Defendants Elite Designs, Inc., The Designer Collection, Inc. and Anthony Antonelli

Amy E. Goldfrank