UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
JOHN O. PASTORE FEDERAL BUILDING
TWO EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903-1779

DAVID L. MARTIN
U.S. MAGISTRATE JUDGE

(401) 752-7080
FAX (401) 752-7085

November 14, 2005

District Judge William E. Smith
U.S. District Court
One Exchange Terrace
Providence, RI 02903

Re: <u>USA v. Elite Designs, Inc., et al.</u> CA 05-58 S

Dear Judge Smith:

In accordance with your request, I conducted a status conference on November 10, 2005, in the above matter. The following matters were addressed:

1. **Financial Discovery.** The parties disagreed as to whether you had authorized financial discovery. After listening to extensive argument, I said I would resolve the matter at the hearing on the Motion to Compel. I subsequently ruled that Defendants did not have to provide financial discovery prior to a determination as to liability.

2. **Outstanding Discovery Requests.** Plaintiff is awaiting responses to its second and third requests for production and asked if Defendants could state when the responses would be received. Defendants' counsel indicated that his clients were working on them and that the responses would be provided when completed. He suggested that if Plaintiff was dissatisfied with this that it file a motion to compel. Plaintiff's counsel indicated that she would likely do so.

3. **Utilization of Jonathan Neff as Witness.** Plaintiff's counsel requested that Defendants state definitively whether Attorney Jonathan Neff will be a witness because Plaintiff wants to depose him if he is. Defendants' counsel responded that they had not yet made this decision. I ordered that Defendants notify Plaintiff by November 30, 2005, whether Attorney Neff will be a witness.

4. **Motion for Summary Judgment.** Plaintiff's counsel advised that she intends to file a motion for summary judgment after the close of discovery on January 17, 2006. Plaintiff's counsel asked if the motion could be filed without having another status conference before you. I responded that I would convey the inquiry to you via this letter.

Very truly yours,
David L Martin
DAVID L. MARTIN
U.S. MAGISTRATE JUDGE

cc: Amy E. Goldfrank, Esq.
Lisa Dinerman, AUSA
Stephen J. Reid, Jr., Esq.