**U.S. Department of Justice**
**Office of Consumer Litigation**

**Amy E. Goldfrank**
Phone: 202-307-0050
Fax: 202-514-8742

**Overnight Mailing Address**
1331 Pennsylvania Avenue, N.W., Suite 950N
Washington, D.C. 20004

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

May 5, 2006

OVERNIGHT MAIL& FACSIMILE
Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Re: United States v. Elite Designs, Inc., et al.

Dear Mr. Techentin:

On November 11, 2005, a Status Conference was held in the above-titled matter before Magistrate Judge Martin. At the Status Conference, the government inquired as to whether it could file a summary judgement motion with Judge Smith at the close of discovery without requesting a further conference with the Court. Shortly thereafter, the Court notified the government that it could file such a motion at the close of discovery.

Since you did not represent the defendants in this matter at the time of the Status Conference, I want to apprise you of the aforementioned events and the fact that the government plans to file a motion for summary judgement at the close of discovery.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amy E. Goldfrank
Trial Attorney

# FACSIMILE TRANSMISSION COVER SHEET

**TRANSMITTED TO:** Jeffrey K. Techentin

**FAX NUMBER:** **401-351-4607**

**TELEPHONE NUMBER:** 401-274-7200

**TRANSMITTED FROM:** Amy E. Goldfrank

**TELEPHONE NUMBER:** (202) 307-0050

**FAX NUMBER:** (202) 514-8742

**Mailing Address**
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

**Overnight Delivery**
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Suite 950 North
Washington, D.C. 20004

**TRANSMISSION DATE:** May 5, 2006

**NUMBER OF PAGES BEING TRANSMITTED (including cover):** 2

**MESSAGE:**

Confidentiality Notice

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender protected by the attorney-client or other privileges. The information in this transmission is intended only for the use of the individual or entity named above. If you are not the intended recipient, any copying, disclosure, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you received this transmission in error, please notify us by telephone immediately to arrange for return of the documents.

FedEx.

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile

<< Log out | Home | Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Jeffrey K. Techentin<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>US<br>999-999-9999 | **Package Type:** | FedEx Envelope |
| | | **Pickup/Drop Off:** | give to scheduled courier at my location |
| | | **Weight:** | 1 LBS |
| | | **Dimensions:** | 0 x 0 x 0 in |
| | | **Declared Value:** | 0 USD |
| | | **Shipper Account Number:** | 151009182 |
| | | **Bill transportation to:** | 151009182 |
| **From:** | Amy Goldfrank<br>US Dept. of Justice/Consumer Lit<br>1331 Pennsylvania Ave., NW<br>Ste 950N<br>Washington, DC 20004<br>US<br>2023070050 | **Courtesy Rate Quote** | *4.96 |
| | | **Discounted variable %** | 0.00 |
| | | **Special Services:** | |
| | | **Purpose:** | |
| | | **Shipment Type:** | Express |
| **Tracking no:** | 790911878914 | | |
| **Ship date:** | May 05 2006 | | |
| **Service Type:** | Standard Overnight | | |

Print

Return to next steps

## Please Note

*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.