ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2247
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

June 2, 2006

Amy E. Goldfrank, Esq.
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20044

Re: ***United States of America v. Elite Designs, Inc., et al.***
Case No. 05-058S

Dear Ms. Goldfrank:

I am in receipt of the government's motion for summary judgment and related papers. I note that this motion was brought in contravention of the scheduling order, which explicitly required, in paragraph 2, that "Prior to filing a motion for summary judgment, counsel must request a conference with the Court." No such conference was either requested or conducted. Please advise of your position with respect to this deficiency.

Very truly yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

pc: Mr. Anthony Antonelli

*383371_1.doc*