**U.S. Department of Justice**
**Office of Consumer Litigation**

**Amy E. Goldfrank**
Phone: 202-307-0050
Fax: 202-514-8742

**Overnight Mailing Address**
1331 Pennsylvania Avenue, N.W., Suite 950N
Washington, D.C. 20004

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

June 8, 2006

VIA OVERNIGHT MAIL
Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Re: United States v. Elite Designs, Inc., et al.

Dear Mr. Techentin:

The government is in receipt of your letter dated June 2, 2006, stating that the government's motion for summary judgment was brought in contravention of the scheduling order and thus somehow deficient.

The government sent you the enclosed letter dated May 5, 2006, via facsimile (transmitted May 5, 2006) and FedEx (delivered on May 8, 2006, and signed by M. Sauro (see attached records)), alerting you to the fact that the Court notified the government that it could file a summary judgment motion at the close of discovery without requesting a further conference with the Court. Furthermore, the government apprised you that it planned to file such a motion at the close of discovery.

Sincerely,

Amy E. Goldfrank
Trial Attorney

Enclosures

**U.S. Department of Justice**
**Office of Consumer Litigation**

**Amy E. Goldfrank**
Phone: 202-307-0050
Fax: 202-514-8742

**Overnight Mailing Address**
1331 Pennsylvania Avenue, N.W., Suite 950N
Washington, D.C. 20004

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

May 5, 2006

OVERNIGHT MAIL& FACSIMILE
Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Re: United States v. Elite Designs, Inc., et al.

Dear Mr. Techentin:

On November 11, 2005, a Status Conference was held in the above-titled matter before Magistrate Judge Martin. At the Status Conference, the government inquired as to whether it could file a summary judgement motion with Judge Smith at the close of discovery without requesting a further conference with the Court. Shortly thereafter, the Court notified the government that it could file such a motion at the close of discovery.

Since you did not represent the defendants in this matter at the time of the Status Conference, I want to apprise you of the aforementioned events and the fact that the government plans to file a motion for summary judgement at the close of discovery.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amy E. Goldfrank
Trial Attorney

FedEx Express
Customer Support
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

US Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-3600

FedEx Express

June 08,2006

AMY Goldfrank
(202) 514-8742

Dear AMY Goldfrank:

Our records reflect the following delivery information for the shipment with the tracking number 790911878914.

Delivery Information:

Signed For By: M.SAURO



Delivered to: ONE CITIZENS PLAZA, 8TH FLOO

Delivery Date: May 08, 2006

Delivery Time: 11:44 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 790911878914 | Ship Date: | May 05, 2006 |
| Shipper: | AMY GOLDFRANK<br>US DEPT. OF<br>JUSTICE/CONSUMER L<br>1331 PENNSYLVANIA AVE., NW<br>STE 950N<br>WASHINGTON, DC 20004<br>US | Recipient: | JEFFREY K. TECHENTIN<br>ADLER POLLOCK &<br>SHEEHAN P.C.<br>ONE CITIZENS PLAZA, 8TH FLOOR<br>PROVIDENCE, RI 02903<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R200606060600279469460

This information is provided subject to the FedEx Service Guide.

# FACSIMILE TRANSMISSION COVER SHEET

**TRANSMITTED TO:** Jeffrey K. Techentin

**FAX NUMBER:** **401-351-4607**

**TELEPHONE NUMBER:** 401-274-7200

---

**TRANSMITTED FROM:** Amy E. Goldfrank

**TELEPHONE NUMBER:** (202) 307-0050

**FAX NUMBER:** (202) 514-8742

---

**Mailing Address**
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

**Overnight Delivery**
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Suite 950 North
Washington, D.C. 20004

**TRANSMISSION DATE:** May 5, 2006

**NUMBER OF PAGES BEING TRANSMITTED (including cover):** 2

**MESSAGE:**

Confidentiality Notice

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender protected by the attorney-client or other privileges. The information in this transmission is intended only for the use of the individual or entity named above. If you are not the intended recipient, any copying, disclosure, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you received this transmission in error, please notify us by telephone immediately to arrange for return of the documents.