**U.S. Department of Justice**
**Office of Consumer Litigation**

**Amy E. Goldfrank**
Phone: 202-307-0050
Fax: 202-514-8742

**Overnight Mailing Address**
1331 Pennsylvania Avenue, N.W., Suite 950N
Washington, D.C. 20004

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

July 10, 2006

VIA OVERNIGHT MAIL & FACSIMILE
Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Re: United States v. Elite Designs, Inc., et al.

Dear Mr. Techentin:

As you are aware, the government filed a Motion for Summary Judgment against defendants Anthony Antonelli, The Designer Collection, Inc., and Elite Designs, Inc., on May 31, 2006. Per your request, and in an effort to settle the case, the government agreed to extend the due date for defendants' Response from June 19, 2006, to July 7, 2006. Again, per your request, the government subsequently agreed to extend the Response date from July 7, 2006, to July 14, 2006.

The government writes today to put you on notice that it does not intend to agree to any further extensions. Defendants have had months to pursue a settlement in this matter.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amy E. Goldfrank
Amy E. Goldfrank
Trial Attorney

P.01

TRANSACTION REPORT

JUL-10-2006 MON 03:42 PM

FOR: USDOJ/OCL 2025148742

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|---|---|---|---|---|---|---|---|---|
| JUL-10 | 03:41 PM | 914013514607 | 20" | 2 | FAX TX | OK | 802 | |

TOTAL : 20S PAGES: 2

**FACSIMILE TRANSMISSION COVER SHEET**

**TRANSMITTED TO:** Jeffrey K. Techentin

**FAX NUMBER:** 401-351-4607

**TELEPHONE NUMBER:** 401-274-7200

**TRANSMITTED FROM:** Amy E. Goldfrank

**TELEPHONE NUMBER:** (202) 307-0050

**FAX NUMBER:** (202) 514-8742

**Mailing Address**
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

**Overnight Delivery**
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Suite 950 North
Washington, D.C. 20004

**TRANSMISSION DATE:** July 10, 2006

**NUMBER OF PAGES BEING TRANSMITTED (including cover):** 2

**MESSAGE:**

Confidentiality Notice

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender protected by the attorney-client or other privileges. The information in this transmission is intended only for the use of the individual or entity named above. If you are not the intended recipient, any copying, disclosure, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you received this transmission in error, please notify us by telephone immediately to arrange for return of the documents.