ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2247
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

July 14, 2006

***Via Hand Delivery***

The Honorable William E. Smith
United States District Judge
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: ***United States of America v. Elite Designs, Inc., et al.***
Case No. 05-058S

Dear Judge Smith:

We represent the Defendants, Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli. The purpose of this letter is to request a conference with the court relative to mediation of the above-referenced dispute. During the past two months, the Defendants and the government have engaged in serious, productive settlement negotiations and, although the parties have been unable to reach agreement on settlement terms, I would submit that the matter is one in which a mediator such as Dr. Mitchell would have a high likelihood of success in resolving the dispute without further litigation. The Defendants have proposed such mediation to the Plaintiff, but the Plaintiff has not agreed. The Defendants are therefore requesting that the Court direct the matter to mediation.

Complicating matters is the fact that the Plaintiff has filed a motion for summary judgment. As the Plaintiff is aware, the Defendants have limited financial means, and the attorneys' fees associated with responding to the motion for summary judgment and further litigation directly and adversely impact their ability to pay any agreeable settlement. Proceeding with the merits of the litigation, in the face of potentially fruitful settlement talks, is therefore counterproductive.

STATE CAPITAL
GLOBAL LAW FIRM GROUP

Member firms of the State Capital Global Law Firm Group practice independently and not in a relationship for the joint practice of law.

***Via Hand Delivery***

In light of this situation, the Defendants would have raised the possibility of mediation as a means of avoiding the time and expense associated with the filing of and response to that motion had the Plaintiff complied with the Court's Scheduling Order and requested a summary judgment conference in advance of filing the motion. Because the Plaintiff did not do so, the Defendants have moved to strike the motion for summary judgment. As explained in the Defendants' motion, should the Court deny the motion to strike, Defendants would request an appropriate period of time following that decision to respond to the motion on its merits. However, in the meantime, Defendants would request that the Court direct that the parties proceed to mediation.

I thank the Court in advance for its consideration of this request.

Respectfully yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

cc: Amy E. Goldfrank, Esq.
Robin E. Feder, Esq.

*387246_2*