**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 05-058S |
| ELITE DESIGNS, INC., *et al.* | : |
| Defendants. | : |

**MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED FACTS OR IN THE ALTERNATIVE, TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO COMPLY WITH SCHEDULING ORDER**

Defendants Elite Designs, Inc., The Designer Collection, Inc., and Anthony Antonelli (collectively, "Defendants"), by and through their undersigned counsel, hereby move to strike the Plaintiff's Motion for Summary Judgment and associated Statement of Undisputed Facts or in the alternative to deny Plaintiff's motion for failure to comply with the plain and unambiguous requirements of the applicable Scheduling Order. The grounds for this motion are set forth in the accompanying Memorandum of Law.

DENIED as Moot

[signature]

WILLIAM E. SMITH
U.S. District Judge

Date: 7/28/06