UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELITE DESIGNS, INC., a Rhode Island corporation, and<br><br>THE DESIGNER COLLECTION, INC., a Rhode Island corporation, and<br><br>ANTHONY ANTONELLI, individually and as an officer of the corporations,<br><br>Defendants. | ) | C.A. NO. 05-058-S |

**STIPULATION TO STAY PROCEEDING TO ALLOW THE FEDERAL TRADE COMMISSION TO REVIEW AND VOTE ON THE PROPOSED SETTLEMENT AGREEMENT**

The defendants and counsel for the United States in the above-titled case have worked out the details of a proposed settlement agreement. Because this case was referred to the Department of Justice pursuant to the Federal Trade Commission Act, the proposed settlement must be sent to the Federal Trade Commission ("FTC") for final approval by vote of the FTC Commissioners. The FTC will need a period of time to present the proposed settlement agreement to the Commissioners and schedule a vote on the proposed settlement:

THEREFORE, the Plaintiff, UNITED STATES OF AMERICA and the Defendants, ANTHONY ANTONELLI, individually and as an officer of the corporations, ELITE DESIGNS,

INC., a Rhode Island corporation, and THE DESIGNER COLLECTION, INC., a Rhode Island corporation, stipulate as follows: That the above-titled proceeding be stayed to allow the FTC Commissioners to review and vote on the proposed settlement. Counsel will notify the Court as soon as the Commissioners have acted on the proposed settlement.

For Defendants:

/s/ Jeffrey K. Techentin
JEFFREY K. TECHENTIN (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401 274-7200
Fax: 401 351-4607/751-0604
jtechentin@apslaw.com

For Plaintiff:

PETER D. KEISLER, JR.
Assistant Attorney General
Civil Division
U.S. Department of Justice

EUGENE M. THIROLF
Director
Office of Consumer Litigation

/s/ Amy E. Goldfrank
AMY E. GOLDFRANK
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
202 307-0050
Fax: 202 514-8742
amy.goldfrank@usdoj.gov

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401 709-5000
Fax: 401 709-5017

CERTIFICATE OF SERVICE

I hereby certify that the Stipulation to Stay Proceeding to Allow the Federal Trade Commission to Review and Vote on the Proposed Settlement Agreement ("Stipulation") was filed electronically and is available for viewing and downloading from the Court's ECF system, and a copy of the Stipulation was sent via this Court's electronic transmission on October 27, 2006, to:

JEFFREY K. TECHENTIN
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401 274-7200
Fax: 401 351-4607/751-0604

Attorney for Defendants Anthony Antonelli,
Elite Designs, Inc., and the Designer Collection, Inc.